UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYLER HARRIS, | Case No.: 2:24-cv-01847-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation, Denying Motion to Change Venue, and Closing Case** |
| v. | |
| FRSCO CORPORATION, | [ECF Nos. 4, 5] |
| Defendant | |

On October 18, 2024, Magistrate Judge Weksler recommended that this case be dismissed for lack of subject matter jurisdiction because there is no federal question jurisdiction and because the plaintiff and defendant are Nevada citizens, so there is no diversity jurisdiction. ECF No. 4.  In response, plaintiff Tyler Harris requests that I change venue from this court to the Eighth Judicial District Court.  However, I cannot transfer a case to state court.  Accordingly, I accept the report and recommendation to dismiss this case for lack of subject matter jurisdiction, without prejudice to Harris pursuing his claims in state court.

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 4) is accepted and plaintiff Tyler Harris's motion to change venue (ECF No. 5) is denied.  Plaintiff's complaint (ECF No. 1-1) is dismissed for lack of subject matter jurisdiction, and without prejudice to the plaintiff pursuing his claims in state court.  The clerk of court is instructed to close this case.

DATED this 12th day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE